Case MDL No. 11 Document 1 Filed 04/29/15 Page 1 of 9

AIR CRASH, ARDMORE (GENE AUTRY) OKLAHOMA
April 22, 1966

# 11    **11**

### CIVIL DOCKET

June 30, 1972

## UNITED STATES DISTRICT COURT    **Jury demand date:**

D. C. Form No. 106A Rev.

| TITLE OF CASE | ATTORNEYS |
|---|---|
| | For plaintiff: |
| SPECIAL NOTE:<br>Panel Opinion of October 17, 1968 cited<br>    at 295 F. Supp. 45 (1968) | |
| | For defendant: |

| STATISTICAL RECORD | COSTS | | DATE | NAME OR RECEIPT NO. | REC. | DISB. |
|---|---|---|---|---|---|---|
| J.S. 5 mailed | Clerk | | | | | |
| J.S. 6 mailed | Marshal | | | | | |
| Basis of Action: | Docket fee | | | | | |
| | Witness fees | | | | | |
| Action arose at: | Depositions | | | | | |

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 8/21/68 | Order to Show Cause signed by Judge Murrah and sent to all counsel. | |
| 9/4/68 | American Flyers Response to Show Cause Order (Original & 8). | |
| 9/11/68 | Motion for Modified Transfer and Discovery Order and Brief in Support of the Motion filed by counsel in case of Mary Devlin Gray v. American Flyers Airline, et al., CA 3-2549 | |
| 9/12/68 | Response of the defendant, United States, to the Show Cause Order entered 8/21/68. | |
| 9/17/68 | Memorandum of Points and Authorities Contra Rule to Show Cause why These Cases Should Not Be Transferred filed by plaintiffs in Nos. 43031 and 43033. | |
| 10/17/68 | Filed Consent of Transferee Court signed by Chief Judge Edwin Langley on October 2, 1968 | |
| 10/17/68 | Opinion and Order Transferring Litigation in Docket No. 11 (Air Crash Disaster at Ardmore Oklahoma to the Eastern District of Oklahoma to Chief Judge Edwin Langley | |
| 11/18/68 | Sent Notice of Hearing to All Counsel | |
| 2/3/69 | Entered MINUTE REMAND ORDER in Case No. 67 Civ. 2450, GORMAN V. AMERICAN FLYERS AIRLINE CORP., to the Southern District of New York. | |
| 7/16/69 | Filed Remand Order Mary Gray v. American Airline Corp. E.D. Okla. No. 68-214 N.D. Tex. No. CA-3-2549 | |
| 11/25/70 | Order to Show Cause why Civil Action No. 68202 should not be remand-ed to the original transferor court, S.D. N.Y. Mailed to trans-feree judge and clerk and transferor judge and to all counsel (counsel of record).  [action said - eventually dismissed] | |

DOCKET NO. 11

## DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### Description of Litigation

DOCKET NO. 11 – MULTIDISTRICT CIVIL ACTIONS INVOLVING THE AIR CRASH
DISASTER AT ARDMORE (GENE AUTRY) OKLAHOMA ON APRIL 22,1966

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| | CASES A | | | | |
| A-1 | Pica v. American Flyers Airlines Corp. | 67-69, Okla., E. | | | |
| A-2 | Heins v. American Flyers Airlines Corp. | 67-102 " | | | |
| A-3 | Bilgen v. American Flyers Airline Corp. | 67-115 " | | | |
| A-4 | Wofford v. American Flyers Airline Corp. | 67-26 - W. OKLA | | | |
| A-5 | Wright v. American Flyers Airline Corp. | 67-35 - S.C. | | | |
| A-6 | Wright v. American Flyers Airline Corp. | 67-36 - S.C. | | | |
| A-7 | ·Turner, et al v. American Flyers Airline Corp. | 6218 " | | | |
| A-8 | ·Dawkins, et al v. American Flyers Airlines Corp. | 6224 " | | | |
| A-9 | Vawquez v. American Flyers Airline Corp. | 67-164 " | | | |
| A-10 | Dolecki v. American Flyers Airline Corp. | 67-165 " | | | |
| A-11 | Dolecki v. American Flyers Airline Corp. | 67-166 " | | | |
| A-12 | Edwards v. American Flyers Airline Corp. et al | 68-35 " | | | |
| A-13 | Leanos v. American Flyers Airline Corp., et al | 68-38 " | | | |
| A-14 | Muskaletto v. American Flyers Airline Corp., et al | 68-41 " | | | |
| A-15 | Vigil v. American Flyers Airline Corp. | 68-79 " | | | |
| A-16 | Bower v. American Flyers Airline Corp. | 68-77 " | | | |
| A-17 | O'Keefe v. American Flyers Airline Corp. | 68-70 " | | | |
| A-18 | Edwards v. American Flyers Airline Corp. | 68-78 " | | | |
| A-19 | Pica, et al v. U.S.A. | 68-91 " | | | |
| A-20 | Pica v. American Flyers Airline Corp. | 68-101 " | | | |
| A-21 | Marr v. U.S.A. | 68-76 " | | | |

A-CASES – ACTIONS LISTED IN PANEL'S SHOW CAUSE ORDER – SEVERAL DISMISSED

DOCKET NO. 11

## DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### Description of Litigation

DOCKET NO. 11 - MULTIDISTRICT CIVIL ACTIONS INVOLVING THE AIR CRASH
DISASTER AT ARDMORE (GENE OKLAHOMA ON APRIL 22, 1969)

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|-----|---------|------------------------|-------|---------------|-------|
| A-22 | Deeney v. American Flyers Airline Corp. | 43031 Pa.,E. | | A-CASES - SEVERAL DISMISSED  A-CASES - ACTIONS LISTED IN PANEL'S SHOW CAUSE ORDER | |
| A-23 | Benevento v. American Flyers Airline Corp | 43032 Pa.,E. | | | |
| A-24 | Leone v. American Flyers Airline Corp. | 43033 Pa.,E. | | | |
| A-25 | Gray v. American Flyers Airline Corp | 3-2547C Tex.N. | | | |
| A-26 | Schmidt v. American Flyers Airline Corp. | 66C2291 N.Y.S. | | | |
| A-27 | McGuigan, et al v. American Flyers Airline Corp. | 67C1630 " | | | |
| A-28 | Farrell, et al v. American Flyers Airline Corp. | 67C183 " | | | |
| A-29 | Kennelly, et al v. American Flyers Airline Corp. | 67C302 " | | | |
| A-30 | Wills v. American Flyers Airline Corp. | 67C1562 " | | | |
| A-31 | Davidson v. American Flyers Airline Corp. | 67C1772 " | | | |
| A-32 | Gorman v. American Flyers Airline Corp. | 67C2540 " | | | |
| A-33 | Lindenberg v. American Flyers Airline Corp. | 67C4833 " | | | |
| A-34 | Atkins v. American Flyers Airline Corp. | 68C1519 " | | | |
| | B CASES * | | | | |
| | * Transferred to Okla. E. | | | | |
| B-1 | Pica v. American Flyers Airline Corp. | 67-69 Okla.E. | Langley | 10/17/68 | |
| B-2 | Hein v. American Flyers Airline Corp. | 67-102 " | " | " | |
| B-3 | Bilgen v. American Flyer Airline Corp. | 67-115 " | " | " | |
| B-4 | Turner, et al v. American Flyers Airline Corp. | 6218 " | " | " | settled as dismissed |
| B-5 | Dawkins, et al v. American Flyers Airline Corp. | 6224 " | " | " | |
| B-6 | Dolecki v. American Flyers Airline Corp. | 67-165 " | " | " | |

DOCKET NO. ___11___

## DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### Description of Litigation

DOCKET NO. 11 - MULTIDISTRICT CIVIL ACTIONS INVOLVING THE AIR CRASH
DISASTER AT ARDMORE (GENE AUTRY) OKLAHOMA ON APRIL 22, 1966

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| B-7 | Dolecki v. American Flyers Airline Corp. | 67-166,Okla.E. | Langley | 10/17/68 | |
| B-8 | Edwards v. American Flyers Airline Corp. et al | 68-35  " | " | " | |
| B-9 | Vigil v. American Flyers Airline Corp. | 68-79  " | " | " | |
| B-10 | Bower v. American Flyers Airline Corp. | 68-77  " | " | " | |
| B-11 | O'Keefe v. American Flyers Airline Corp. | 68-70  " | " | " | |
| B-12 | Edwards v. American Flyers Airline Corp. | 68-78  " | " | " | |
| B-13 | Pica, et al v. U.S.A. | 68-91  " | " | " | |
| B-14 | Pica v. American Flyers Airline Corp. | 68-101 " | " | " | |
| B-15 | Marr v. U.S.A. | 68-76  " | " | " | |
| B-16 | Marr v. Adair | 68-90  " | " | " | |
| B-17 | Deeney v. American Flyers Airline Corp. | 43031 Pa.E. | " | " | 68-197-Civ |
| B-18 | Leone v. American Flyers Airline Corp. | 43033 " | " | " | 68-198-Civ |
| B-19 | Gray v. American Flyers Airline Corp. *Remanded* | 3-2599C Tex.N | " | " | 68-214-Civ |
| B-20 | Pica v. Pigman *dismissed* | CA-4-944 TexN. | " | " | 68-212-Civ |
| B-21 | Wills v. American Flyers Airline Corp. *dismissed* | 67C1562 N.Y.S. | " | " | 68-202-Civ |
| B-22 | Gorman v. American Flyers Airline Corp. *Remanded* | 67C2540 " | " | " | 68-200-Civ |
| B-23 | Lindenberg v. American Flyers Airline Corp. *dis* | 67C4833 " | " | " | 68-201-Civ |

— *All dismissed*

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

## DESCRIPTION OF LITIGATION

DOCKET NO. 11 - MULTIDISTRICT CIVIL ACTIONS INVOLVING THE AIR CRASH
DISASTER AT ARDMORE (GENE AUTRY) OKLAHOMA ON APRIL 22, 1966

---

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| | Philip D. Bostwick, Esquire<br>Shaw, Pittman, Potts, Trowbridge<br>   & Madden<br>Barr Building<br>910 17th Stret, N. W.<br>Washington, D. C.  20006 | Austin P. Magner, Esquire<br>William Shcierberl, Esquire<br>Condon and Forsyth<br>One Rockefeller Plaza<br>New York, New York  10020 |
| | Ben L. Burdick, Esquire<br>Crowe, Dunlevy, Thweatt, Swinford,<br>   Johnson & Burdick<br>100 Park Avenue Building<br>Oklahoma City, Oklahoma  73102 | |
| | A. Lee Sanders, Esquire<br>Demanes & Jennings<br>1860 El Camino Real - Penthouse<br>Burlingame, California  94010 | |
| | Harry L. Bickford, Esquire<br>Post Office Box 1027<br>Ardmore, Oklahoma  73401 | |
| | Truman B. Rucker, Esquire<br>Rucker & Tabor<br>Post Office Box 1439<br>Tulsa, Oklahoma  74101 | |
| | F. Lovell McMillin, Esquire<br>Fischl, Culp & McMillin<br>Suite 202, Lincoln Center<br>Ardmore, Oklahoma  73401 | |
| | John C. Caldwell, Esquire<br>Post Office Box 315<br>Ardmore, Oklahoma | |
| | David Cobb, Esquire<br>1908 "Q" Street, N. W.<br>Washington, D. C.  20009 | |
| | Durward K. McDaniel, Esquire<br>625 North West 21st Street<br>Oklahoma City, Oklahoma  73103 | |
| | Maurice Speers, Esquire<br>2336 North West 38th Street<br>Oklahoma City, Oklhoma  73112 | |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|

John D. Cheek, Esquire
Cheek, Cheek & Cheek
600 Local Federal Building
Oklahoma City, Oklahoma

Norman Shigon, Esquire
2140 Land Title Building
S.W. Corner Broad & Chestnut
Philadelphia, Pa.  19110

Lowell W. Ross, Esquire
Rogers, McDonald & Ross
300 Barringer Building
Columbia, South Carolina

William T. Jones, Esquire
201-4 Grier Building
Greenwood, South Carolina

Richard P. Jahn, Esquire
12th Floor, Volunteer Building
Chattanooga, Tennessee  37402

John H. McElhaney, Esquire
Turner, Rodgers, Winn, Scurlock & Terry
2400 Republic National Bank Bldg.
Dallas, Texas

H. Carter Burdette, Esquire
Cantey, Hanger, Gooch, Cravens
    & Scarborough
1800 First National Bank Bldg.
Fort Woth, Texas  76102

Ira M. Price, III, Esquire
Latham & Watkins
615 South Flower Street
Los Angeles, California  90017

Jordan M. Wank, Esquire
John T. LaFollette, Esquire
Lafollette and Johnson
6290 Sunset Boulevard
Los Angeles, California  90028

James B. Leech, Esquire
Emmons, Williams, Mires & Leech
805 Fox Plaza
San Francisco, California  94102

Frederick C. Stern, Esquire
Speiser, Shumate, Geoghan & Krause
200 Park Avenue
New York, New York  10017

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 11 - MULTIDISTRICT CIVIL ACTIONS INVOLVING THE AIR CRASH
DISASTER AT ARDMORE (GENER AUTRY) OKLAHOMA ON APRIL 22, 1966

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| | Milton G. Sincoff, Esquire<br>Kreindler and Kreindler<br>99 Park Avenue<br>New York, New York  10016 | |
| | Joseph Karow, Esquire<br>341 Madison Ave.<br>New York, New York  10016 | |
| | Leonard H. Krim, Esquire<br>Joseph McGoldrick, Esquire<br>39 Broadway<br>New York, New York, 10006 | |
| | Warburton & Connolly<br>167 Willis Avenue<br>Mineola, New York  11501 | |

### ADDITIONAL ATTORNEYS

| | |
|---|---|
| Seymour Fuchsberg, Esquire<br>Fuchsberg & Buchsberg<br>250 Broadway<br>New York, New York | Martin S. Goldberg, Esquire<br>20-1/2 Boardman Street<br>Youngstown, Ohio  44503 |
| Philip S. Lieb, Esaquire<br>30 North LaSalle Street<br>Chicago, Illinois | Daniel A. Novak, Esquire<br>150 Broadway<br>New York, New York  10038 |
| Philip M. Bloom, Esquire<br>33 North LaSalle Street<br>Chicago, Illinois | E. W. Brockman, Jr., Esquire<br>Brockman and Brockman<br>Simmons National Building<br>Pine Bluff, Arkansas  71601 |
| Kenneth Syken, Esquire<br>Richter, Lord & Cavanaugh<br>121 South Broad Street<br>Philadelphia, Pa. | James B. Brown, Esquire<br>Brown and Arthus<br>115 North Harrison<br>Post Office Box 1385<br>Cushing, Oklahoma  74023 |
| Walter Siben, Esquire<br>Siben & Siben<br>90 East Main Street<br>Bay Shore, New York  11706 | John R. Sorbo, Esquire<br>1717 United States Nat'l Bank Bldg.<br>San Diego, California  92101 |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|

ADDITIONAL ATTORNEYS (CONT.)

Dale P. Tursi, Esquire
1010 North Grand
Pueblo, Colorado

Harry M. McMillan, Esquire
Arthurs, Blackstock & McMillan
200 North Main Street
Bristow, Oklahoma  74010

John M. Casey, Esquire
1734 Ellington Road
South Windsor, Connecticut

William H. Lally, Esquire
926  J  Building, Suite 1116
Sacramento, Calif.  95814

Max E. Wildman, Esquire
Kirkland, Ellis, Hodson, Chaffetz
  & Masters
Prudential Plaza
Chicago, Illinois  60601

John J. Kennelly, Esquire
111 West Washington Street
Chicago, Illinois  60602

Ronald A. May, Esquire
Wright, Lindsey & Jennings
1600 Tower Building
Little Rock, Arkansas  72201

Paul A. Renne, Esquire
Coolen, Crowley, Gaither, Godward,
  Castro & Huddleson
333 Montgomery Street
San Francisco, California  94104

Daniel Mungall, Jr., Esquire
Stradley, Ronon, Stevens & Houng
1300 Girard Trust Building
Broad Street & So. Penn Square
Philadelphia, Pa.  19102

Milor & Thomas
11 North Washington
Ardmore, Oklahoma

Walter H. Magee, Esquire
800 Gulf State Building
Dallas, Texas

Richard Gray, Esquire

2300 Republic National Bank Bldg.
Kxxx Dallas, Texas

---

Winfred Hooper, Jr., Esquire
200 Forth Worth Club Building
Fort Worth, Texas

D. L. Case, Esquire
4300 First National Bank Bldg.
Dallas, Texas

Kenneth J. Mighell, Esquire
Asst. U. S. Attorney
Post Office Box 153
Dallas, Texas

Phillip Silverman, Esquire
Department of Justice
Washington, D. C.

Foliart, Shepherd & Mills
1922 First National Building
Oklahoma City, Oklahoma

Carl L. Taylor, Esquire
Hogan & Hartson
815 Connecticut Avenue
Washington, D.  C.  20006

Burton J. Johnson, Esquire
300 Lawyers Building
219 Couch Drive
Oklahoma  City, Oklahoma  73102

Martin J. McHugh, Esquire
McHugh & Leonard
70 Pine Street
New York, New York  10005

Jack J. Bernstein, Esquire
Richter, Lord, Tolll, Cavanaugh,
  McCarty & Raynes
121 South Broad Street
Philadelphia, Pa.