*295 F. Supp. 45*

**FILED**

**OCT 17 1968**

JUDICIAL PANEL FOR
MULTIDISTRICT LITIGATION
PER /s/
PROVISIONAL CLERK

THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

IN RE MULTIDISTRICT CIVIL ACTIONS       )
INVOLVING THE AIR CRASH DISASTER AT     )
ARDMORE (GENE AUTRY) OKLAHOMA ON        )     DOCKET NO. 11
APRIL 22, 1966                          )

OPINION AND ORDER TRANSFERRING CIVIL ACTIONS
UNDER SECTION 1407, TITLE 28, UNITED STATES CODE
TO THE EASTERN DISTRICT OF OKLAHOMA

BEFORE ALFRED P. MURRAH AND JOHN MINOR WISDOM, CIRCUIT JUDGES, AND
EDWARD WEINFELD, EDWIN A. ROBSON, WILLIAM H. BECKER, JOSEPH S.
LORD, III, AND STANLEY A. WEIGEL, DISTRICT JUDGES

EDWIN A. ROBSON, CIRCUIT JUDGE

    This matter came up for consideration on September 18, 1968, pursuant to the Panel's order to show cause why the actions listed on the attached Schedule A should not be consolidated and transferred to a district or districts other than those in which they are now pending. This show cause order was entered on the initiative of the Panel pursuant to Section 1407(c)(i).

    On April 22, 1966, a chartered flight of American Flyers Airline Corporation carrying military personnel crashed while landing at Ardmore, Oklahoma. Eighty-two of the 98 persons on board were

killed and the balance seriously injured. There are 19 civil actions now pending arising from this accident in four different federal district courts.[1]

All counsel in the cases listed on Schedule A were notified of the hearing, some of whom filed memorandums and briefs in opposition to consolidating and transferring.

As a result of communications received from counsel for defendant American Flyers Airline Corporation and certain plaintiffs, it appears that certain cases have been dismissed or settled and those that remain pending and affected by this transfer are set forth on Schedule B hereto attached.

A hearing was had (a copy of the transcript is on file with the Clerk for the Panel) and the argument of counsel considered. From the record in the case, it appears that the situs of the crash, many of the witnesses and many of the documents are in the Eastern District of Oklahoma. It further appears that trials have been had and settlements made in the said district. Chief Judge Edwin Langley of said district has indicated that he is willing and able to accept the responsibility for the supervision and the pretrial of these remaining cases. We are satisfied that the consolidation of all cases

---

[1] Although certain of these cases were transferred to the Eastern District of Oklahoma pursuant to 28 U.S.C. §1404(a), motions to transfer other cases to that court have been repeatedly denied. Schmidt v. American Flyers Airline Corp., 260 F. Supp. 813 (S.D., N.Y. 1966); Scaramuzzo v. American Flyers Airline Corp., 260 F. Supp. 746 (E.D., N.Y. 1967); Farrell v. American Flyers Airline Corp., 42 F.R.D. 341 (S.D., N.Y. 1967), mandamus denied 385 F.2d 936 (2d Cir., 1967), cert. denied 88 S. Ct. 1262 (1968).

now pending arising from the April 22, 1966, crash in the Eastern District of Oklahoma will be for the convenience of the parties and witnesses, and will best promote the just and efficient conduct of these cases.

IT IS THEREFORE ORDERED that those actions listed on Schedule B pending in districts other than the Eastern District of Oklahoma be and the same are hereby transferred on the initiative of the Panel under 28 U.S.C. §1407 to the Honorable Edwin Langley, Chief Judge of the Eastern District of Oklahoma and to the Eastern District of Oklahoma all with the consent in writing of the transferee court which has been filed with the Clerk of the Panel.

FOR THE PANEL:

Edwin A. Robson

AIR CRASH DISASTER ON APRIL 22, 1966,
AT ARDMORE, OKLAHOMA
SCHEDULE A

### Eastern District of Oklahoma

| | | CIVIL NO. |
|---|---|---|
| 1. | Pica v. American Flyers Airline Corp. | 67-69 |
| 2. | Heins v. American Flyers Airline Corp. | 67-102 |
| 3. | Bilgen v. American Flyers Airline Corp. | 67-115 |
| 4. | Wofford v. American Flyers Airline Corp. | 67-26 |
| 5. | Wright v. American Flyers Airline Corp. | 67-35 |
| 6. | Wright v. American Flyers Airline Corp. | 67-36 |
| 7. | Turner, et al. v. American Flyers Airline Corp. | 6218 |
| 8. | Dawkins, et al. v. American Flyers Airline Corp. | 6224 |
| 9. | Vasquez v. American Flyers Airline Corp. | 67-164 |
| 10. | Dolecki v. American Flyers Airline Corp. | 67-165 |
| 11. | Dolecki v. American Flyers Airline Corp. | 67-166 |
| 12. | Edwards v. American Flyers Airline Corp., et al. | 68-35 |
| 13. | Leanos v. American Flyers Airline Corp., et al. | 68-38 |
| 14. | Muskaletto v. American Flyers Airline Corp., et al. | 68-41 |
| 15. | Vigil v. American Flyers Airline Corp. | 68-79 |
| 16. | Bower v. American Flyers Airline Corp. | 68-77 |
| 17. | O'Keefe v. American Flyers Airline Corp. | 68-70 |
| 18. | Edwards v. American Flyers Airline Corp. | 68-78 |
| 19. | Pica, et al. v. U.S.A. | 68-91 |
| 20. | Pica v. American Flyers Airline Corp. | 68-101 |
| 21. | Marr v. U.S.A. | 68-76 |

### Eastern District of Pennsylvania

| | | CIVIL NO. |
|---|---|---|
| 22. | Deeney v. American Flyers Airline Corp. | 43031 |
| 23. | Benevento v. American Flyers Airline Corp. | 43032 |
| 24. | Leone v. American Flyers Airline Corp. | 43033 |

### Northern District of Texas

| 25. | Gray v. American Flyers Airline Corp. | 3-2594C |
|---|---|---|

### Southern District of New York

| 26. | Schmidt v. American Flyers Airline Corp. | 66 C 2291 |
|---|---|---|
| 27. | McGuigan, et al. v. American Flyers Airline Corp. | 67 C 1630 |
| 28. | Farrell, et al. v. American Flyers Airline Corp. | 67 C 183 |
| 29. | Kennelly, et al. v. American Flyers Airline Corp. | 67 C 302 |
| 30. | Wills v. American Flyers Airline Corp. | 67 C 1562 |
| 31. | Davidson v. American Flyers Airline Corp. | 67 C 1772 |
| 32. | Gorman v. American Flyers Airline Corp. | 67 C 2540 |
| 33. | Lindenberg v. American Flyers Airline Corp. | 67 C 4833 |
| 34. | Atkins v. American Flyers Airline Corp. | 68 C 1519 |

AIR CRASH DISASTER ON APRIL 22, 1966
AT ARDMORE, OKLAHOMA

## SCHEDULE B

### Eastern District of Oklahoma

|  |  | Civil No. |
|---|---|---|
| 1. | Pica v. American Flyers Airline Corp. | 67-69 |
| 2. | Heins v. American Flyers Airline Corp. | 67-102 |
| 3. | Bilgen v. American Flyers Airline Corp. | 67-115 |
| 4. | Turner, et al. v. American Flyers Airline Corp. | 6218 |
| 5. | Dawkins, et al. v. American Flyers Airline Corp. | 6224 |
| 6. | Dolecki v. American Flyers Airline Corp. | 67-165 |
| 7. | Dolecki v. American Flyers Airline Corp. | 67-166 |
| 8. | Edwards v. American Flyers Airline Corp., et al. | 68-35 |
| 9. | Vigil v. American Flyers Airline Corp. | 68-79 |
| 10. | Bower v. American Flyers Airline Corp. | 68-77 |
| 11. | O'Keefe v. American Flyers Airline Corp. | 68-70 |
| 12. | Edwards v. American Flyers Airline Corp. | 68-78 |
| 13. | Pica, et al. v. U.S.A. | 68-91 |
| 14. | Pica v. American Flyers Airline Corp. | 68-101 |
| 15. | Marr v. U.S.A. | 68-76 |
| 16. | Marr v. Adair | 68-90 |

### Eastern District of Pennsylvania

| 17. | Deeney v. American Flyers Airline Corp. | 43031 |
|---|---|---|
| 18. | Leone v. American Flyers Airline Corp. | 43033 |

- 2 -

### Northern District of Texas

| | | |
|---|---|---|
| 19. | Gray v. American Flyers Airline Corp. | 3-2594C |
| 20. | Pica v. Pigman | CA-4-994 |

### Southern District of New York

| | | |
|---|---|---|
| 21. | Wills v. American Flyers Airline Corp. | 67 C 1562 |
| 22. | Gorman v. American Flyers Airline Corp. | 67 C 2540 |
| 23. | Lindenberg v. American Flyers Airline Corp. | 67 C 4833 |